13 So.2d 898

**Pete (alias Edd) JONES v. STATE.**

4 Div. 763.

Court of Appeals of Alabama.
April 13, 1943.

A. L. Patterson, of Phenix City, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

11 So.2d 881

**Willie JONES v. STATE.**

8 Div. 292.

Court of Appeals of Alabama.
Feb. 2, 1943.

F. S. Parnell, of Florence, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

18 So.2d 881

**Ralph JORDAN v. STATE.**

7 Div. 787.

Court of Appeals of Alabama.
June 13, 1944.

Jas. L. Carter, of Anniston, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

CARR, J., not sitting.

18 So.2d 117

**C. T. JORGENSON v. STATE.**

1 Div. 466.

Court of Appeals of Alabama.
April 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed, remanded for proper sentence on authority of Fuller v. State, ante, p. 324, 16 So.2d 428.

13 So.2d 898

**Emmett E. JOSEY v. STATE.**

6 Div. 983.

Court of Appeals of Alabama.
May 11, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

18 So.2d 881

**Zebudee JUDY v. STATE.**

3 Div. 862.

Court of Appeals of Alabama.
May 16, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.